# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

July 16, 2014

**Before**

DIANE P. WOOD, *Chief Judge*

JOEL M. FLAUM, *Circuit Judge*

JOHN DANIEL TINDER, *Circuit Judge*

No. 13-1474

| | |
|---|---|
| UNITED STATES OF AMERICA, | Appeal from the United States District |
| *Plaintiff-Appellee*, | Court for the Northern District |
| | of Illinois, Eastern Division. |
| *v.* | |
| | No. 1:10-cr-00802-3 |
| FAUSTINO ARRELLANO, | |
| *Defendant-Appellant*. | Matthew F. Kennelly, |
| | *Judge*. |

**O R D E R**

The opinion of this court issued on July 2, 2014, is amended as follows:

On page 21, third line from the bottom, "protected sweep" should be "protective sweep."